UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
|                                                             ) | 2:07-CR-00038-PMP-PAL |
|                Plaintiff,                             ) | |
|                                                             ) | |
| vs.                                                    ) | **ORDER** |
|                                                             ) | |
| NATHAN MITCHEL GONZALES,  ) | |
|                                                             ) | |
|                Defendant.                         ) | |

Before the Court for consideration is Defendant Nathan Gonzales' Motion to Suppress Evidence for Fourth Amendment Violations (#12) filed April 11, 2007. On July 3, 2007, the Honorable Peggy A. Leen United States Magistrate Judge, entered a Report and Recommendation (Doc. #25) recommending that Defendant Gonzales' Motion to Suppress Evidence for Fourth Amendment Violations (#12) be denied.

On August 20, 2007, Defendant Gonzales filed objections to the report and recommendation of the Magistrate Judge (Doc. #32). On September 5, 2007, the Government filed its Response to Defendant's Objections to the Report and Recommendation of the Magistrate Judge (Doc. #33). On September 11, 2007, the Government filed an Amended Response to Defendant's Objections to the Report and Recommendation (Doc. #34) .

///

///

///

1    The Court has conducted a <u>de novo</u> review of the record in this case in
2 accordance with 28 U.S.C.§ 636(b)(1)(B) and Local Rule IB1-3 and IB 1-4 and determines
3 that Magistrate Judge Leen's Report of Findings and Recommendation should be Affirmed.
4    IT IS FURTHER ORDERED that Defendant's Objections (Doc. #32) are
5 Overruled and Magistrate Judge Leen's Findings and Recommendations (Doc. #25) are
6 Affirmed and Defendant's Motion to Suppress Evidence for Fourth Amendment Violations
7 (#12) is Denied.

9 DATED:  October 11, 2007.

_____
PHILIP M. PRO
United States District Judge